No. 10–664.  JOYCE *v.* J. C. PENNEY CORP., INC.  C. A. 7th Cir. Certiorari denied.

No. 10–676.  HAWKS *v.* MATTOX ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–687.  ALBRECHT ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* TREON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CORONER OF CLERMONT COUNTY, OHIO, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–688.  ESTATE OF SCHWING *v.* LILLY HEALTH PLAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–705.  BARCENAS-BARRERA *v.* HOLDER, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 10–707.  ROOS *v.* ROOS.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–712.  MORRIS ET AL. *v.* SWOFFORD.  C. A. 11th Cir. Certiorari denied.

No. 10–733.  SCHULZ ET UX., TRUSTEES OF 1980 SCHULZ LIVING TRUST, AS AMENDED, ET AL. *v.* KING, NEVADA STATE ENGINEER.  Sup. Ct. Nev.  Certiorari denied.

No. 10–739.  ABOU-HUSSEIN *v.* GATES, SECRETARY OF DEFENSE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 10–743.  SULLIVAN *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 10–777.  ROMALA STONE, INC. *v.* HOME DEPOT U. S. A., INC.  C. A. Fed. Cir.  Certiorari denied.

No. 10–818.  WALBAUM *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.